### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

CASE No. **06-20967**



INVICTA WATCH COMPANY
OF AMERICA, INC.,

     Plaintiff,

-v-

VIPLEVEL, INC., and
DANIEL CADOSH-DELMAR,

     Defendants.

_____/

## COMPLAINT

Plaintiff, INVICTA WATCH COMPANY OF AMERICA, INC. (hereinafter referred to as "IWCA" or "Plaintiff"), sues Defendants, VIPLEVEL, INC. (hereinafter referred to as "VIP"), and DANIEL CADOSH-DELMAR (hereinafter referred to as "Cadosh-Delmar"), (VIP and Cadosh-Delmar are hereinafter collectively referred to as the "Defendants"), and alleges:

## SUBSTANCE OF THE ACTION

1.    This is an action for trademark infringement and unfair competition under Sections 32(1) and 43(a) of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a); trademark dilution and injury to business reputation under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c) and Section 495.151 of Florida Statutes; deceptive and unfair trade practices under Florida's Deceptive and Unfair Trade Practices Act; and unfair competition under the common law of Florida.  Plaintiff seeks injunctive relief and damages.



1

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under Section 39 of the Lanham Act, 15 U.S.C. § 1121, under Sections 1331, 1338, and 1367 of the Judicial Code, 28 U.S.C. §§ 1331, 1338 and § 1367, and under the principles of pendent jurisdiction.

3.      This Court has personal jurisdiction over defendants under Section 48.193, Fla.Stat. Defendants transact and solicit business in this District. Defendants have caused injury in this District by making their infringing web site and products available to countless users within this District, and have regularly solicited and conducted business through their interactive and commercial web site directed to users within this District. As a result, upon information and belief, defendants have gained substantial revenues from infringing goods sold over the Internet in this District to the detriment of plaintiff. On information and belief, these activities were conducted with the purpose of injuring plaintiff, and defendants reasonably expected that plaintiff would suffer injury in this District through defendants' activity.

4.      Venue is proper in this district under Section 1391(b) of the Judicial Code, 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claims, including the infringing conduct complained of herein, occurred in this district, and defendants are transacting business in this district, including the sale of the infringing products.

## THE PARTIES

5.      Plaintiff, Invicta, is a corporation organized and existing under the laws of the state of Florida with a principal place of business at 3069 Taft Street, Hollywood, Florida 33021.

6.      Defendant, VIP, is a corporation organized and existing under the laws of the state of Florida, operating under the trade name "Galeria Solar," with its principal place of

business at 6770 Indian Creek Drive, 15L, Miami Beach, Florida 33141. VIP has registered the Internet domain names "galeriasolar.com" and "timeoutlet.com."

7.      Upon information and belief, Defendant, Cadosh-Delmar, is President, a member of the Board of Directors, and a principal owner of defendant VIP and works at 6770 Indian Creek Drive, 15L, Miami Beach, Florida 33141. Upon information and belief defendant Cadosh-Delmar directs and controls the acts of defendant VIP and profits directly from it.

## PRELIMINARY STATEMENT

8.      The Internet is a worldwide network of computers through which businesses and individuals can send nearly instantaneous electronic mail (e-mail) communications and other information. For companies or individuals wishing to sell products or services via the Internet, the Internet acts as a national retail store, allowing individuals from each state in the country to view pictures and descriptions of products and services, and purchase products or services directly through the Internet or through a phone call, fax or mail order.

9.      An organization or individual may provide such descriptions and photographs on the Internet's Worldwide Web by posting the content on a web site. Such an organization or individual may also receive orders for goods or services by e-mail addressed to the company or individual's web site. A web site is a specific location on the Worldwide Web identified by a unique address known as a Universal Resource Locator ("URL"). Consumers can visit a web site by typing in the specific URL such as defendants' address, "http://www.timeoutlet.com". The part of the address after the dot, or period, is a general indicator of the type of site; the "com" designation indicates a commercial site.

10.      "Linking" has been called the concept on which the Internet is based. Linking allows jumping from one page to another page of a particular web site or from any page of a web

site to a page of another web site if the site contains a "hyperlink" to such other site. Hyperlinks are highlighted areas that appear on the screen of a web site that when "clicked" take users to web sites belonging to different web site operators.

11.     Like most web sites, defendants' "http://www.timeoutlet.com" web site contains several "hyperlinks" to other web sites, including hyperlinks to a web site maintained by plaintiff.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

Plaintiff's Distinctive Watches and Trademarks

12.     Plaintiff manufactures, sells and distributes a wide variety of watches and related products of the highest quality under the internationally famous trademark INVICTA®.

13.     Plaintiff has been offering watches and related products under the INVICTA® mark since at least as early as 1989, and has continuously used the INVICTA® mark as a stand alone mark and as a component term in other marks since their respective dates of adoption.

14.     The designation INVICTA®, as used for plaintiff's products is arbitrary and unique.

15.     In the United States, plaintiff sells watches bearing the INVICTA® trademark only through its own retail shops or through carefully-selected authorized independent retailers. Plaintiff advertises its watches in a variety of media, including catalogs, magazines and television. In addition, plaintiff maintains web sites for its watches, "invictawatch.com," and "mylupah.com." These web sites feature color photographs of many of plaintiff's watch models, and information on where they may be purchased.

16.     As a result of extensive efforts by plaintiff, the Invicta trademark has come to be associated by the public and the trade with products of the highest quality and reputation. In

addition, this trademark has become extremely well-known to the public and the trade as identifying and distinguishing plaintiff exclusively and uniquely as the source of the products on which they appear. Plaintiff places an enormous value on this trademark and the goodwill of the business associated therewith.

17.     The following trademarks of plaintiff are registered on the Principal Register in the United States Patent and Trademark Office:

| MARK | REG. NO. | DATE OF ISSUE |
|------|----------|---------------|
| INVICTA | 2947259 | May 10, 2005 |
| TURNING THE BALANCE OF POWER WITH INVICTA | 2901445 | November 9, 2004 |
| INVICTA-MATIC | 2850568 | June 8, 2004 |

True and correct copies of these registrations are annexed hereto as Exhibit 1.

18.     The following trademarks of plaintiff are the subject of various applications with the United States Patent and Trademark Office:

| MARK | SERIAL NO. | DATE OF FILING |
|------|-----------|----------------|
| INVICTA AUTHORIZED DEALER | 76626392 | December 28, 2004 |
| INVICTA ANATOMIC | 78808761 | February 7, 2006 |
| INVICTA YELLOW | 78670583 | July 14, 2005 |
| INVICTA MEDUSA | 78597039 | March 29, 2005 |
| INVICTA JELLYFISH | 78596779 | March 29, 2005 |
| INVICTA TIMES SQUARE | 76610674 | September 3, 2004 |
| INVICTA TRANSATLANTIC | 76610526 | September 3, 2004 |
| INVICTA CELESTIAL | 76604293 | July 26, 2004 |

INVICTA IN JEWELRY                76576433                February 17, 2004

19.     The foregoing registrations and applications are valid and subsisting and in full force and effect.

Defendants' Unlawful Activities

20.     Defendants are in the business of selling watches at retail, primarily through the Internet at their web sites on the Worldwide Web at the URL "http://www.galeriasolar.com" and "http://www.timeoutlet.com."

21.     Defendants are offering for sale and are selling watches bearing plaintiff's marks, including INVICTA®, INVICTA YELLOW, INVICTA CELESTIAL, INVICTA TIMES SQUARE, and INVICTA TRANSATLANTIC, without the authorization or approval of plaintiff. True and correct copies of print-outs of pages from defendants' web site as they actually appear to an average user, demonstrating that defendants sell these brands of watches on its Internet web site, are annexed hereto as Exhibit 2.

22.     Upon information and belief, defendants' sales of watches through their web site are significant, and the web site is a popular electronic retail site in the United States.

23.     Defendants, who are not authorized distributors for these brands, sell plaintiff's watches without the manufacturer's warranty. Although defendants offer a warranty of their own for the watches, this fact is not displayed at the page of the web site where the particular brand and model of watch is depicted. Instead, a potential customer must actively seek out the information, scroll down several screens to the bottom of the page and then proceed to another page on defendants' web site. Moreover, the warranty information appears in letters that are approximately three-sixteenths of an inch (for capital letters) and one-eighth of an inch (for the lowercase letters). This is far smaller than the text in which the brand names appear. True and

accurate copies of print-outs of pages from defendant's web site as they actually appear to an average user, demonstrating the difference in relative text size and prominence of the brand names compared to warranty information, are annexed hereto as Exhibit 3.

24.     In order for plaintiff's manufacturer's warranty card to be valid, it must be issued by plaintiff or an authorized dealer. A purchaser of a watch ordered from an unauthorized dealer, such as defendant, or a person who receives such a watch as a gift from the purchaser, would likely assume that the watch is covered by the manufacturer's warranty. If the watch required service and the owner took it to an authorized dealer, the dealer would not service the watch without charge. This is likely to anger or annoy the customer, and to damage plaintiff's goodwill.

25.     The text appearing on defendants' web site is misleading in several additional ways. For example, the following statements appear on defendants' web site "Invicta Authorized Dealer." A true and correct copy of a print-out from defendants' web site as it actually appears to an average user containing this statement is annexed hereto as Exhibit 4.  Defendants are not an authorized dealer.

26.     Defendants' web site also provides hypertext links to web sites maintained by plaintiff. These hyperlinks, together with the use of the identical photographs on defendants' web site and on plaintiff's web site, furthers the false suggestion that defendants are an authorized dealer or are otherwise connected with plaintiff.

27.     Plaintiff has not authorized or consented in any way to the sale or distribution of its brand name watches by defendants, nor has plaintiff granted any license to defendants allowing such use.

28.     Moreover, on May 17, 2005, plaintiff's counsel sent a cease and desist letter, by U.S. Postal Service, Certified Mail, No.: 7003 3110 0002 8538 1149, to defendants, informing

defendants of the violations of law resulting from the operation of their web site and demanding that defendants cease the offending behavior. A true and accurate copy of this letter is annexed hereto as Exhibit 5. Defendants did not respond in writing to this letter and continue their offending activity.

29.     Upon information and belief, defendants have engaged in and are continuing to engage in the above conduct willfully, deliberately, and with intent to misappropriate plaintiff's goodwill.

30.     Defendants use of the INVICTA® trademark is likely to cause confusion, to cause mistake, or to deceive customers, potential customers and users of plaintiff's products, as to some affiliation, connection, association, sponsorship between plaintiff and defendants.

31.     Defendants use of plaintiff's trademarks places the valuable reputation and goodwill of plaintiff in the hands of defendants, over whom plaintiff has absolutely no control.

32.     Defendants' use of INVICTA® dilutes the distinctive quality of plaintiff's mark and lessens its ability to function as a source indicator.

33.     These acts have caused and will continue to cause irreparable injury to plaintiff unless enjoined by this Court. Plaintiff has no adequate remedy at law.

34.     All conditions precedent to bringing the instant action have occurred, been performed, and/or have otherwise been waived and/or excused.

35.     Plaintiff has retained the undersigned attorneys to represent it in this action and is obligated to pay its attorneys reasonable fees and costs for their services.

## FIRST CLAIM FOR RELIEF
## FEDERAL TRADEMARK INFRINGEMENT
## (15 U.S.C. § 1114(1))

36.     Plaintiff adopts and realleges paragraphs 1 through 35 above as if fully set forth herein.

37.     Plaintiff owns and has registered the INVICTA® trademark on the Principal Register of the United States Patent and Trademark Office.  Plaintiff has also applied for registration for various trademarks incorporating the INVICTA® trademark.

38.     By virtue of the registration with the United States Patent and Trademark Office, the INVICTA® trademark is entitled to protection under the Trademark Act, 15 U.S.C. §§1051, et seq.

39.     Defendants have never been authorized by plaintiff to use the plaintiff's marks, names, or designations, or any colorable imitation thereof, in any way.  The acts of defendants in using the mark INVICTA® constitute willful infringement of this registered mark in violation of 15 U.S.C. §1114.

40.     Defendants' unauthorized sale of watches bearing plaintiff's federally-registered and applied for trademarks infringes plaintiff's exclusive rights in its trademarks, because the public and the trade are likely to be confused, deceived or mistaken regarding the source, quality, supervision, sponsorship or approval of defendants' products, or to believe erroneously that defendants' products are offered, authorized, sponsored or guaranteed by or otherwise connected with plaintiff or that the quality of defendants' products are guaranteed, assured and supervised by plaintiff.

41.     Defendants' acts are in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

42.     In addition to an injunction, plaintiff is also entitled to profits, damages and costs, as provided by law, including treble damages and attorneys' fees in an amount to be determined at trial.

## SECOND CLAIM FOR RELIEF
## FEDERAL UNFAIR COMPETITION
## (15 U.S.C. § 1125(a))

43.     Plaintiff adopts and realleges paragraphs 1 through 35 above as if fully set forth herein.

44.     Defendants' unauthorized sale of watches bearing plaintiff's federally registered and applied for trademarks constitutes a false designation of origin, a false description of defendants' goods, and a false representation that defendants' goods are made, offered, authorized, endorsed, sponsored or guaranteed by or otherwise connected with plaintiff or meet the same level of quality as plaintiff's products, or come with the same warranty as plaintiff's, or that plaintiff's factory authorized service is available, or that defendants' business is supervised or controlled by, or connected with, plaintiff.

45.     Defendants have without authorization sold plaintiff's brand name watches with full knowledge of the long and extensive prior use of those trademarks by plaintiff, and defendants have used the trademarks in such manner as is likely to cause confusion or mistake among the public and the trade as to the source, approval, license, endorsement, authorization, sponsorship or affiliation of defendants' goods, all to defendants' profit and plaintiff's great damage and injury.

46.     Defendants' acts are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

47.     By reason of defendants' conduct, plaintiff is suffering and will continue to suffer irreparable harm, and unless defendants are enjoined from continuing their wrongful acts, the damage to consumers and plaintiff will increase.

48.     In addition to an injunction, plaintiff is also entitled to profits, damages and costs, as provided by law, including treble damages and attorneys' fees, in an amount to be determined at trial.

**THIRD CLAIM FOR RELIEF**
**FEDERAL TRADEMARK DILUTION**
**(15 U.S.C. § 1125(c))**

49.     Plaintiff adopts and realleges paragraphs 1 through 35 above as if fully set forth herein.

50.     Plaintiff's INVICTA®, INVICTA YELLOW, INVICTA CELESTIAL, INVICTA TIMES SQUARE, and INVICTA TRANSATLANTIC are inherently distinctive and have acquired a strong recognition. These marks are extraordinarily famous and well-known throughout the United States having been used extensively by plaintiff. By reason of plaintiff's extensive use of these marks, these marks have become highly distinctive of plaintiff's goods and services and are uniquely and exclusively associated with plaintiff.

51.     Defendants' unauthorized commercial use of these marks in connection with watches not covered by appropriate manufacturer's warranties is likely to dilute the distinctive quality of plaintiff's famous trademarks, by lessening the capacity of these marks to exclusively identify and distinguish plaintiff and its goods.

52.     Upon information and belief, the foregoing acts were done willfully and deliberately and with an intent to reap the benefit of plaintiff's good will and dilute the

distinctiveness of plaintiff's marks in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

53.    At all relevant times when defendants sold watches bearing plaintiff's trademarks, the anti-dilution statute of Florida, Section 495.151, and the anti-dilution statutes of other states were in effect and defendants had actual or constructive knowledge of these statutes.

54.    The aforesaid conduct is causing plaintiff to suffer irreparable injury and damage, and, unless restrained, will cause further irreparable injury and damage to plaintiff. Plaintiff has no adequate remedy at law.

55.    In addition to an injunction, in light of the intentional nature of defendants' actions, plaintiff is also entitled to profits, damages and costs, as provided by law, including treble damages and attorneys' fees, in an amount to be determined at trial.

## FOURTH CLAIM FOR RELIEF
## TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION
## (FLA. STAT. § 495.151)

56.    Plaintiff adopts and realleges paragraphs 1 through 35 above as if fully set forth herein.

57.    As a result of extensive advertising and use of its trademarks by plaintiff, the INVICTA®, INVICTA YELLOW, INVICTA CELESTIAL, INVICTA TIMES SQUARE, and INVICTA TRANSATLANTIC trademarks have become among the best known and distinctive marks in the United States, symbolizing watches of the highest quality and reputation and uniquely identifying plaintiff as the source of those watches.

58.    Defendants are offering for sale watches bearing plaintiff's trademarks but without a genuine warranty such that plaintiff has no control over the maintenance of quality of the watches distributed and sold by defendants.

59.     Because it is unlikely that defendants are capable of adequately servicing plaintiff's brand name watches, it is likely that some consumers will be dissatisfied with plaintiff's brand name watches purchased through defendants' unauthorized web site and will perceive plaintiff's brand name watches as being of inferior quality. Thus, defendants' behavior is likely to dilute, blur and tarnish the distinctive quality of the INVICTA®, INVICTA YELLOW, INVICTA CELESTIAL, INVICTA TIMES SQUARE, and INVICTA TRANSATLANTIC trademarks and to cause injury to plaintiff's business reputation in violation of Fla. Stat. Section 495.151.

60.     By reason of the acts of defendants, plaintiff's business reputation is suffering and will continue to suffer irreparable injury, and the distinctive quality of plaintiff's marks are being and will continue to be diluted and tarnish, and unless defendants are enjoined from continuing these wrongful acts, the damage to plaintiff will increase.

**FIFTH CLAIM FOR RELIEF**
**DECEPTIVE AND UNFAIR TRADE PRACTICES**
**(FLA. STAT. § 501.201 ET SEQ.)**

61.     Plaintiff adopts and realleges paragraphs 1 through 35 above as if fully set forth herein.

62.     Defendants have represented that its goods have characteristics that they do not have.  Further, defendant has disparaged the goods of plaintiff by willfully making false representations of fact regarding the warranties provided by plaintiff.  These false representations of fact are material and have actually deceived or have a tendency to deceive a substantial segment of the purchasing public.

63.     The public is likely to be damaged as a result of the acts set forth above, and by reason of those acts, defendants have engaged and are engaging in deceptive trade practices or

acts in the conduct of a business, trade or commerce, or in the furnishing of services, in violation of Section 501.201 et seq. of the Florida Deceptive and Unfair Trade Practices Act.

### SIXTH CLAIM FOR RELIEF
### COMMON LAW UNFAIR COMPETITION

64.     Plaintiff adopts and realleges paragraphs 1 through 35 above as if fully set forth herein.

65.     Defendants' unauthorized offering for sale, distribution, advertising and promotion of plaintiff's brand name watches constitutes a false designation of origin and a false representation that defendants' products are guaranteed by or otherwise connected with plaintiff or meet the same level of quality as plaintiff's products, or that defendants' products are supervised or controlled by plaintiff.

66.     Defendants' acts constitute unfair competition with plaintiff in violation of the common law of Florida.

WHEREFORE, plaintiff demands judgment as follows:

A.     That defendants, their principals, employees, agents, officers, directors, shareholders, attorneys, representatives, successors and assigns, and all persons in active concert or participation with any of them, be permanently enjoined from:

(1)     Using any trademarks of plaintiff or any reproduction, copy, counterfeit, variation, colorable imitation or simulation of those marks, either alone or in combination with any other designation, on or in connection with any business, goods or services, and otherwise from infringing or diluting plaintiff's names, trademarks or reputation;

(2)     Using, authorizing or aiding in any way any third party to use any false designation of origin or false description, or performing any act which can,

14

or is likely to, mislead members of the public or the trade to believe that a product offered by defendants is in any manner associated or connected with plaintiff, or sponsored, approved or authorized by plaintiff, or that watches sold by defendants come with plaintiff's warranty or that defendants' warranty is the same as plaintiff's warranty;

(3)     Transferring, consigning, selling, shipping or otherwise moving any goods, packaging or other materials in defendants' possession, custody or control bearing a design or mark substantially identical to plaintiff's trademarks;

(4)     Engaging in any other activity constituting unfair competition with plaintiff, or constituting an infringement of plaintiff's trademarks, or of plaintiff's rights in, or to use or exploit, its trademarks; and

(5)     Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (4) above.

B.     That defendants be ordered to remove from their web site any reference to watches bearing plaintiff's trademarks.

C.     That plaintiff be granted such other relief as the Court may deem appropriate to prevent the public and the trade from deriving the erroneous impression that any product manufactured, distributed, advertised, promoted, offered for sale or sold by defendants bearing plaintiff's trademarks is authorized by plaintiff or under warranty from plaintiff.

D.     That defendants be directed to file with the Court and serve upon plaintiff's counsel within thirty (30) days after entry of such judgment, a report in writing under oath, setting forth in detail the manner and form in which defendants have complied with the above.

E.      That plaintiff be awarded such damages as it has sustained or will sustain by reason of defendants' trademark infringement, unfair competition, use of a false designation of origin or false description or representation, trademark dilution, injury to business reputation, and deceptive trade practices, together with appropriate interest on such damages, and that, pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117, such damages be trebled.

F.      That defendants be ordered to pay over to plaintiff all the profits, gains, savings and advantages realized by defendants from their acts of trademark infringement, unfair competition, use of a false designation of origin or false description or representation, trademark dilution, injury to business reputation, and deceptive trade practices.

G.      That defendants pay to plaintiff statutory damages for willful infringement and treble damages for willful infringement

H.      That defendants be ordered to pay to plaintiff such exemplary damages as the Court finds appropriate.

I.      That defendants be ordered to pay to plaintiff the costs and disbursements of this action.

J.      That defendants be ordered to pay to plaintiff its attorney's fees.

K.      That plaintiff be granted such other and further relief as the Court may deem just and proper.

Dated: April 2, 2006

Respectfully submitted,
Counsel for Plaintiff

PAUL D. TURNER, ESQ.
FBN: 0113743
Perlman Yevoli &
Albright, P.L.
1500 N. Federal Highway
Suite 250
Fort Lauderdale, FL 33304
paulturner@tmail.com
Tel. No.: 954.566.7117
Fax No.: 954.566.7115

# EXHIBIT
# 1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

March 24, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,947,259* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *May 10, 2005*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,947,259**

## United States Patent and Trademark Office

Registered May 10, 2005

### TRADEMARK
### PRINCIPAL REGISTER



INVICTA WATCH COMPANY OF AMERICA, INC. (FLORIDA CORPORATION)
2227 NORTH FEDERAL HIGHWAY
HOLLYWOOD, FL 33020

FOR: WATCHES, CHRONOMETERS, CHRONOGRAPHS, CLOCKS, WATCH BANDS, WATCH CASES, AND WATCH CHAINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

THE ENGLISH TRANSLATION OF THE WORD "INVICTA" IN THE MARK IS "UNCONQUERED".

SER. NO. 76-435,746, FILED 7-29-2002.

SHARI SHEFFIELD, EXAMINING ATTORNEY



7004948

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**March 24, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,850,568* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *June 08, 2004*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**P.  SWAIN**
**Certifying Officer**

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**United States Patent and Trademark Office**

Reg. No. 2,850,568

Registered June 8, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## INVICTA-MATIC

INVICTA WATCH COMPANY OF AMERICA, INC. (FLORIDA CORPORATION)
2227 NORTH FEDERAL HIGHWAY
HOLLYWOOD, FL 33020

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-1999; IN COMMERCE 12-31-1999.

THE TRANSLATION OF THE WORD INVICTA IN THE MARK IS UNCONQUERED.

SER. NO. 76-525,287, FILED 6-16-2003.

ZACHARY BELLO, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**

**March 24, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *2,901,445* IS
CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY
THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH
REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM   *November 09, 2004*
SAID RECORDS SHOW TITLE TO BE IN:   *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

**P. SWAIN**
**Certifying Officer**

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

**Reg. No. 2,901,445**
Registered Nov. 9, 2004

**SERVICE MARK**
**PRINCIPAL REGISTER**

# TURNING THE BALANCE OF
# POWER WITH INVICTA

INVICTA WATCH COMPANY OF AMERICA, INC. (FLORIDA CORPORATION)
2227 NORTH FEDERAL HIGHWAY
HOLLYWOOD, FL 33020

FOR: WHOLESALE DISTRIBUTORSHIP SERVICES FEATURING WATCHES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2003; IN COMMERCE 7-0-2003.

THE TRANSLATION OF THE WORD INVICTA IN THE MARK IS UNCONQUERED.

SER. NO. 76-561,664, FILED 11-10-2003.

ZACHARY BELLO, EXAMINING ATTORNEY

# EXHIBIT
# 2



# TIMEOUTLET
## Brand New Authentic Watches

(305) 357-6484

**HOME    TRACK    QUESTIONS    CLEARANCE!    CHECKOUT    CONTACT**

### Quick Search:
Enter MODEL# or Keyword:
Search  »
☑ Advanced Search
☑ View Your Account

Your Cart: Qty: 0  Total($): 0.00  | ☒ View Cart | Pay Now | Select Brand...



TimeOutlet
CUSTOMER
**REVIEWS**



INVICTA
AUTHORIZED DEALER

**BROWSE COLLECTION**   VIEW » ☒ ☒

Good Afternoon, Tuesday, March 21, 2006

You are at : All Brands > Invicta Watches

Showing »
Invicta Watches

**Main Category:**
All Brands

Collections in this category:

- **Invicta Watches**
- **Tissot Watches**
- **Luminox Watches**
- **TW STEEL** NEW
- **Vanceur Watches**
- **TAG Heuer**
- **TechnoMarine Watches**
- **Police Watches**
- **Nautica Watches**
- **Alain Veres Watches**
- **Wenger Watches/Knives**
- **Zoppini Jewelry**
- **MountRoyal Watches**
- **Clearance! (Reduced Prices)**
- **Other Brands: Coming Soon!**

**BROWSE CATEGORIES**

SEARCH INFORMATION   VIEW » ☒ ☒

SUBSCRIBE OFFERS   VIEW » ☒ ☒

Your Cart : 0 Total($) : 0.00

**INVICTA**

Please select a category to view the collections inside:



New Invicta
Collections!
(View Collection)




Invicta Lupah
Collection
(View Collection)



Invicta Pro-Diver
Collection
(View Collection)



Invicta Speedway
Collection
(View Collection)



Invicta Watches at TimeOutlet.com Invicta Watches

- **Resubmit Payment**
- **Update your Information**
- **Track Your Order**
- **View Your Account**

- **Contact Us**
- **Shipping and Delivery**
- **Returns Information**
- **FAQ's**

- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com | Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **22** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

# TIME OUTLET
**Brand New Authentic Watches**

(305) 357-6484

HOME    TRACK    QUESTIONS    CLEARANCE!    CHECKOUT    CONTACT



REVIEWS
TimeOutlet CUSTOMER

**Quick Search:**
Enter MODEL# or Keyword:
[Search]    »
☑ Advanced Search
☑ View Your Account

Your Cart: Qty: 0  Total($): 0.00 | ⚲ View Cart | Pay Now | Select Brand...

BROWSE CATEGORIES          VIEW »
SEARCH INFORMATION        VIEW »
SUBSCRIBE OFFERS           VIEW »
MONTHLY SPECIAL            VIEW »

Good Afternoon, Tuesday, March 21, 2006

You Searched For : transatlantic [OR,0,0,0]

Sort : SKU



PayPal

MasterCard   VISA
AMEX   DISC_VER

100% SATISFACTION GUARANTEED

Ref: 2436   Invicta   [VIEW] [ADD]   $384.00
Ref: 2437   Invicta   [VIEW]   $471.00
Ref: 2438   Invicta   [VIEW]   $471.00
Ref: 2439   Invicta   [VIEW]   $471.00
Ref: 2440   Invicta   [VIEW] [ADD]   $364.00
Ref: 2441   Invicta   [VIEW] [ADD]   $364.00
Ref: 2442   Invicta   [VIEW] [ADD]   $471.00



TimeOutlet.com Search Results



VIEW > ...

## CUSTOMER SERVICE

### ☷ ACCOUNT INFORMATION

- Resubmit Payment
- Update your Information
- Track Your Order
- View Your Account

### ☷ CUSTOMER SERVICE

- **Contact Us**
- **Shipping and Delivery**
- **Returns Information**
- **FAQ's**

### ☷ YOUR SATISFACTION

- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

### ☷ ABOUT US

- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com| Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **17** Live! | **Save**: Add to Favorites | © 2006 TimeOutlet.com

# TIMEOUTLET

**Brand New Authentic Watches**

(305) 357-6484



**HOME**   **TRACK**   **QUESTIONS**   **CLEARANCE!**   **CHECKOUT**   **CONTACT**

## Quick Search:
Enter MODEL# or Keyword:
Search
☐ Advanced Search
☐ View Your Account

Good Afternoon, Tuesday, March 21, 2006 |   Your Cart: Qty: 0 Total($): 0.00 | ☆ View Cart | Pay Now | Jump: Select page...

**BROWSE CATEGORIES**   view ▷ ☷

- ⁘ Special Offers!
- ⁘ New Invicta Collections!
- ⁘ All Brands
- ⁘ **Invicta Watches**
- ⁘ Tissot Watches
- ⁘ Luminox Watches
- ⁘ TW STEEL NEW
- ⁘ TAG Heuer Formula 1
- ⁘ Vanceur Watches
- ⁘ TechnoMarine Watches
- ⁘ Police Watches
- ⁘ Nautica Watches
- ⁘ Alain Veres Watches
- ⁘ Wenger Watches/Knives
- ⁘ MountRoyal Watches
- ⁘ Zoppini Jewelry
- ⁘ Invicta Lupah Collection
- ⁘ Invicta Pro-Diver Collection
- ⁘ Invicta Speedway Collection
- ⁘ Invicta Elite Watches
- ⁘ Invicta Jewelry Bracelets
- ⁘ Invicta Sunglasses
- ⁘ Bands and Straps
- ⁘ Clearance! (Reduced Prices)
- ⁘ Other Brands: Coming Soon!
- ⁘ Read Customer Reviews!

## Invicta Transatlantic Dual Swiss 2442 Flip Case
**Product Details**



🔍

⊹ You are at: All Brands > Invicta Watches > Specialty Watches > Transatlantic

Qty: 1

**PRICE: $471.00**

MSRP: $879.00
Save: $408.00
Model: **Invicta 2442**

**ADD TO CART**

🚚 Free UPS Ground Shipping!
📦 Ships: 1-3 Days
Ⓒ Price Match Offer & 2% Off!
🖨 Print This Page
✉ Request More Information
✏ Email a Friend this page
✍ Write a review

**Invicta Transatlantic Dual Swiss 2442 Flip Case**

Move mouse over small images to see larger photo.
Click to X-Large

Model Number: 2442

| | |
|---|---|
| Brand | **INVICTA** |
| Collection | Transatlantic |
| Movement | **Dual Swiss Quartz** |
| Color Shown | White flip Black/Black |
| Case | ø 40mm |
| Type | Men's |
| Water Resist. | 50 Mts. / 175 Ft. 5 ATM |
| Band | Genuine textured leather band with safety deployment clasp |
| Warranty | 1 Year with option to 4 more years |
| Notes | Instruction Manual and International Warranty Card |

Also Available: (Mouse Over 4 Large)



**Invicta Transatlantic D...**
Price: **$364.00**
Color: **Black flip Whit...**
Model: **2441**
Stock: Ships: **1-3 Days**



**Invicta Transatlantic D...**
Price: **$364.00**
Color: **Black flip Cham...**
Model: **2440**
Stock: Ships: **1-3 Days**

REVIEWS

TimeOutlet CUSTOMER

Invicta 2442 Transatlantic Only $471 at TimeOutlet.com Invicta Transatlantic Dual Swiss 2442 Flip Case

Page 2 of 3

**SEARCH INFORMATION** VIEW

- About TimeOutlet.com
- Specials This Month!
- Invicta Instructions
- Special Offers & Coupons
- Price Match Offer!
- Your Order Status
- Shipping Information
- International Orders
- About Invicta Watch Co.
- Terms and Conditions
- Privacy Policy
- Secure Site by Comodo.Net
- Watch Instructions
- Navigation Problems?
- X-Large Pictures
- Images by Request
- Search Documents

**Quick Search Information:**

**SUBSCRIBE OFFERS** VIEW

Your e-Mail Address

**MONTHLY SPECIAL** VIEW

Click here to unsubscribe



Invicta Transatlantic Dual Swiss 2442 Flip Case

- **Invicta Transatlantic D...**
  Price: **$384.00**
  Color: **Silver MOP flip...**
  Model: **2436**
  Stock: **Ships: 1-3 Days**

- **Invicta Transatlantic D...**
  Price: **$471.00**
  Color: **Champ. MOP flip...**
  Model: **2439**
  Stock: Sorry, Sold Out.

- **Invicta Transatlantic D...**
  Price: **$471.00**
  Color: **Silver MOP flip...**
  Model: **2437**
  Stock: Sorry, Sold Out.


- **Invicta Transatlantic D...**
  Price: **$471.00**
  Color: **White MOP flip ...**
  Model: **2438**
  Stock: Sorry, Sold Out.


Related Categories:
□ Transatlantic

Invicta 2442 Transatlantic Only $471 at TimeOutlet.com Invicta Transatlantic Dual Swiss 2442 Flip Case

Page 3 of 3



VIEW > ::

## CUSTOMER SERVICE

### ▦ ACCOUNT INFORMATION

- **Resubmit Payment**
- **Update your Information**
- **Track Your Order**
- **View Your Account**

### ▦ CUSTOMER SERVICE

- **Contact Us**
- **Shipping and Delivery**
- **Request RMA Number**
- **FAQ's**

### ▦ YOUR SATISFACTION

- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

### ▦ ABOUT US

- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com| Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **18** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

# TIME OUTLET

**Brand New Authentic Watches**

(305) 357-6484

| HOME | TRACK | QUESTIONS | CLEARANCE! | CHECKOUT | CONTACT |

Jump: Select page...



TimeOutlet CUSTOMER REVIEWS

## Quick Search:

Enter MODEL# or Keyword:
[ Search ]
☑ Advanced Search
☑ View Your Account

Good Afternoon, Tuesday, March 21, 2006 |   VIEW ↔ ☷

Your Cart: Qty: 0 Total($): 0.00 | ☷ View Cart | Pay Now |

**BROWSE CATEGORIES**

- Special Offers!
- New Invicta Collections!
- All Brands
- Invicta Watches
- Tissot Watches
- Luminox Watches
- TW STEEL NEW
- TAG Heuer Formula 1
- Vanceur Watches
- TechnoMarine Watches
- Police Watches
- Nautica Watches
- Alain Veres Watches
- Wenger Watches/Knives
- MountRoyal Watches
- Zoppini Jewelry
- Invicta Lupah Collection
- Invicta Pro-Diver Collection
- Invicta Speedway Collection
- Invicta Elite Watches
- Invicta Jewelry Bracelets
- Invicta Sunglasses
- Bands and Straps
- Clearance! (Reduced Prices)
- Other Brands: Coming Soon!
- Read Customer Reviews!

You are at: All Brands > Invicta Watches > Specialty Watches > Transatlantic

## Invicta Transatlantic Dual Swiss 2436 Flip Case

Model Number: 2436

**Product Details**



Qty: 1

[ ADD TO CART ]



🔍

🖷 **Free UPS Ground Shipping!**
VIS **Ships: 1-3 Days**
💲 **Price Match Offer & 2% Off!**
🖨 **Print This Page**
🔍 **Request More Information**
✉ **Email a Friend this page**
✎ **Write a review**

*SPECIAL DEAL!*

**PRICE: $384.00**

| | |
|---|---|
| MSRP: | $876.00 |
| Save: | $492.00 |
| Model: | **Invicta 2436** |

| | |
|---|---|
| Brand | **INVICTA** |
| Collection | Transatlantic |
| Movement | **Dual Swiss Quartz** |
| Color Shown | Silver MOP Flip Blue/Black |
| Case | ø 40mm |
| Type | Men's |
| Water Resist. | 50 Mts. / 175 Ft. 5 ATM |
| Band | Genuine textured leather band with safety deployment clasp |
| Warranty | 1 Year with option to 4 more years |
| Notes | Instruction Manual and International Warranty Card |

**Invicta Transatlantic Dual Swiss 2436 Flip Case**

Move mouse over small images to see larger photo.
Click to X-Large

**Also Available:** (Mouse Over 4 Large)


**Invicta Transatlantic D...**
Price: **$364.00**
Color: **Black flip Whit...**
Model: **2441**
Stock: **Ships: 1-3 Days**


**Invicta Transatlantic D...**
Price: **$364.00**
Color: **Black flip Cham...**
Model: **2440**
Stock: **Ships: 1-3 Days**

Invicta 2439 Transatlantic Dual Swiss 2439 Flip Case at timeoutlet.com: Invicta Transatlantic Dual Swiss 2439 Flip Case

**SEARCH INFORMATION** VIEW » ⚏

- About TimeOutlet.com
- Specials This Month!
- Invicta Instructions
- Special Offers & Coupons
- Price Match Offer!
- Your Order Status
- Shipping Information
- International Orders
- About Invicta Watch Co.
- Terms and Conditions
- Privacy Policy
- Secure Site by Comodo.Net
- Watch Instructions
- Navigation Problems?
- X-Large Pictures
- Images by Request
- Search Documents

**Quick Search Information:** ⚏

**SUBSCRIBE OFFERS** VIEW » ⚏

Your e-Mail Address

[»]

Click here to unsubscribe

**MONTHLY SPECIAL** VIEW » ⚏



Invicta Transatlantic Dual Swiss 2436 Flip Case

⊞ view larger image | ⊞ back to top

Invicta Transatlantic D...
Price: **$471.00**
Color: **White flip Blac...**
Model: **2442**
Stock: **Ships: 1-3 Days**

Invicta Transatlantic D...
Price: **$471.00**
Color: **Champ., MOP flip...**
Model: **2439**
Stock: ⊘ Sorry, Sold Out.

Invicta Transatlantic D...
Price: **$471.00**
Color: **Silver MOP flip...**
Model: **2437**
Stock: ⊘ Sorry, Sold Out.

Invicta Transatlantic D...
Price: **$471.00**
Color: **White MOP flip...**
Model: **2438**
Stock: ⊘ Sorry, Sold Out.

Related Categories:
⊞ Transatlantic

Invicta 2436 Transatlantic Only 3x84 at TimeOutlet.com Invicta Transatlantic Dual Swiss 2436 Flip Case

VIEW 3 . . .

**CUSTOMER** SERVICE

▤ **ACCOUNT INFORMATION**

- **Resubmit Payment**
- **Update your Information**
- **Track Your Order**
- **View Your Account**

▤ **CUSTOMER SERVICE**

- **Contact Us**
- **Shipping and Delivery**
- **Request RMA Number**
- **FAQ's**

▤ **YOUR SATISFACTION**

- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

▤ **ABOUT US**

- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com | Shipping Information | Terms and Conditions | Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **18** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

# TIME OUTLET
**Brand New Authentic Watches**
(305) 357-6484

**HOME**   **TRACK**   **QUESTIONS**   **CLEARANCE!**   **CHECKOUT**   **CONTACT**

TimeOutlet CUSTOMER **REVIEWS**



## Quick Search:
Enter MODEL# or Keyword:
Search
☑ Advanced Search
☑ View Your Account

Good Afternoon, Tuesday, March 21, 2006

**You Searched For : times square [OR,0,0,0]**

Your Cart: Qty: 0 Total($): 0.00 | ⛱ View Cart | **Pay Now** | Select Brand...

Page 1 · of 4 [ Back | **Next** ]

Sort : SKU

**BROWSE CATEGORIES**     view > ⁝⁝

**SEARCH INFORMATION**     view > ⁝⁝

**SUBSCRIBE OFFERS**     view > ⁝⁝

**MONTHLY SPECIAL**     view > ⁝⁝

100% SATISFACTION GUARANTEED

*PayPal!*

MasterCard   AMEX   DISC_VER   VISA

---

Ref: 1049BS-02
☑ VIEW   ☑ ADD   $84.00
Police

Ref: 1049BS-04
☑ VIEW   ☑ ADD   $84.00
Police

Ref: 1049BS-08
☑ VIEW   ☑ ADD   $94.00
Police

Ref: 10500BS-02M
☑ VIEW   ☑ ADD   $107.00
Police

Ref: 10500BS-04M
☑ VIEW   ☑ ADD   $107.00
Police

Ref: 10500BS-08M
☑ VIEW   ☑ ADD   $107.00
Police

Ref: 2313
☑ VIEW   ☑ ADD   $147.00
Invicta

Ref: 2314
☑ VIEW   ☑ ADD   $147.00
Invicta



TimeOutlet.com Search Results

http://www.timeoutlet.com/scripts/prodList.asp



Ref: 2416    Invicta    $219.00    [ VIEW ]    [ ADD ]

Ref: 2417    Invicta    $219.00    [ VIEW ]    [ ADD ]

Ref: 2418    Invicta    $219.00    [ VIEW ]    [ ADD ]

Ref: 2419    Invicta    $219.00    [ VIEW ]    [ ADD ]

Page 1   of 4   [ Back | **Next** ]

**CUSTOMER SERVICE**

**ACCOUNT INFORMATION**
- **Resubmit Payment**
- **Update your Information**
- **Track Your Order**
- **View Your Account**

**CUSTOMER SERVICE**
- **Contact Us**
- **Shipping and Delivery**
- **Returns Information**
- **FAQ's**

**YOUR SATISFACTION**
- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

**ABOUT US**
- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com| Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.14.119 | **18** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

http://www.timeoutlet.com/scripts/prodView.asp?idproduct=1327

# TIMEOUTLET

**Brand New Authentic Watches**

(305) 357-6484

| HOME | TRACK | QUESTIONS | CLEARANCE! | CHECKOUT | CONTACT |





## Quick Search:

Enter MODEL# or Keyword:

Search
☑ Advanced Search
☑ View Your Account

Good Afternoon, Tuesday, March 21, 2006 |    Your Cart: Qty: 0 Total($): 0.00 | ⚲ View Cart | Pay Now |

BROWSE CATEGORIES    view > 📋 🔲

:: Special Offers!

:: New Invicta Collections!

:: All Brands

:: Invicta Watches

:: Tissot Watches

:: Luminox Watches

:: TW STEEL NEW

:: TAG Heuer Formula 1

:: Vanceur Watches

:: TechnoMarine Watches

:: Police Watches

:: Nautica Watches

:: Alain Veres Watches

:: Wenger Watches/Knives

:: MountRoyal Watches

:: Zoppini Jewelry

:: Invicta Lupah Collection

:: Invicta Pro-Diver Collection

:: Invicta Speedway Collection

:: Invicta Elite Watches

:: Invicta Jewelry Bracelets

:: Invicta Sunglasses

:: Bands and Straps

:: Clearance! (Reduced Prices)

:: Other Brands: Coming Soon!

:: Read Customer Reviews!

:: You are at: All Brands > Invicta Watches > Invicta Elite Watches > Time Square Chronograph

Jump  Select page...

## Invicta Time Square Chronograph Model 2419

*Product Details*







🔍

Qty:  1

☐ ADD TO CART

:: Free UPS Ground Shipping!
:: Ships: 1-3 Days
:: Price Match Offer & 2% Off!
🖨 Print This Page
✎ Request More Information
✉ Email a Friend this page
✎ Write a review

**Invicta Time Square Chronograph Model 2419**

Move mouse over small images to see larger photo.
Click to X-large

**PRICE:  $219.00**

MSRP:       $465.00
Save:       $246.00
Color Shown: 
Model:       **Invicta
             2419**

| | |
|---|---|
| Brand | **INVICTA** |
| Collection | Time Square Chrono |
| Movement | **Professional Chronograph** |
| Color Shown | Black/Silver/Black |
| Case | ø 36 mm |
| Type | Men's |
| Water Resist. | 50 Mts / 175 Ft. 5 ATM |
| Band | Genuine Leather Contrast stitching |
| Warranty | 1 Year with option to 4 more years |
| Notes | Instruction Manual and International Warranty Card |

Model Number: 2419

Also Available: (Mouse Over 4 Large)

:: Invicta Time Square Chr...
Price: **$219.00**
Color: **Black MOP/Rose/...**
Model: 2417
Stock: Ships: 1-3 Days

:: Invicta Time Square Chr...
Price: **$219.00**
Color: **White MOP/Rose/...**
Model: 2416
Stock: Ships: 1-3 Days







http://www.timeoutlet.com/scripts/prodView.asp?idproduct=137



## SEARCH INFORMATION  VIEW ◇ ::

- About TimeOutlet.com
- Specials This Month!
- Invicta Instructions
- Special Offers & Coupons
- Price Match Offer!
- Your Order Status
- Shipping Information
- International Orders
- About Invicta Watch Co.
- Terms and Conditions
- Privacy Policy
- Secure Site by Comodo.Net
- Watch Instructions
- Navigation Problems?
- X-Large Pictures
- Images by Request
- Search Documents

Quick Search Information: »

### SUBSCRIBE OFFERS  VIEW ◇ ::

Your e-Mail Address

»

Click here to unsubscribe

### MONTHLY SPECIAL  VIEW ◇ ::

PayPal

MASTERCARD  VISA  AMEX  DISC_VER

□ view larger image  |  □ back to top

Invicta Time Square Chronograph Model 2419

Related Categories:
□ Time Square Chronograph

Invicta Time Square Chr...
Price: $219.00
Color: Pink MOP/Silver...
Model: 2418
Stock: Ships: 1-3 Days

Invicta Time Square Chr...
Price: $219.00
Color: Blue MOP/Silver...
Model: 2415
Stock: Ships: 1-3 Days

Invicta Time Square Chr...
Price: $219.00
Color: White MOP/Silve...
Model: 2414
Stock: Ships: 1-3 Days

Invicta Time Square Chr...
Price: $219.00
Color: Yellow/Silver/B...
Model: 2421
Stock: ☺ Sorry, Sold Out.

Invicta Time Square Chr...
Price: $219.00
Color: White/Rose/Brow...
Model: 2420
Stock: ☺ Sorry, Sold Out.

Invicta Time Square Chr...
Price: $219.00
Color: Green MOP/Silve...
Model: 2422
Stock: ☺ Sorry, Sold Out.

VIEW › ‹ ‹



**CUSTOMER SERVICE**

**▦ ACCOUNT INFORMATION**

- Resubmit Payment
- Update your Information
- Track Your Order
- View Your Account

**▦ CUSTOMER SERVICE**

- Contact Us
- Shipping and Delivery
- Request RMA Number
- FAQ's

**▦ YOUR SATISFACTION**

- Best Price Guarantee
- Price Match Offer
- Testimonials
- Personal Service

**▦ ABOUT US**

- TimeOutlet.com
- Our Experience
- Affiliate Logon
- Supplier Logon

FAQ's | About TimeOutlet.com| Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.19 | **18** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

# TIME OUTLET

**Brand New Authentic Watches**

(305) 357-6484

**HOME   TRACK   QUESTIONS   CLEARANCE!   CHECKOUT   CONTACT**



TIMEOUTLET CUSTOMER REVIEWS

**Quick Search:**
Enter MODEL# or Keyword:
Search
☐ Advanced Search
☐ View Your Account

Good Afternoon, Tuesday, March 21, 2006

**You Searched For : yellow [OR,0,0]**

Your Cart: Qty: 0  Total($): 0.00  |  ⅄ View Cart  |  Pay Now  |  Select Brand...

Sort : SKU

**BROWSE CATEGORIES**  view > : :

**SEARCH INFORMATION**  view > : :

**SUBSCRIBE OFFERS**  view > : :

**MONTHLY SPECIAL**  view > : :

PayPal
MasterCard
AMEX
DISCOVER
VISA

100% SATISFACTION GUARANTEED

Ref: 2561

Invicta
VIEW
$1,231.00

Ref: 1538

IMAGE
COMING
SOON
$27.00

Ref: 2628

Invicta
VIEW
$348.00

Ref: M3003N

MountRoyal™
VIEW
$61.00

Ref: 2633

Invicta
VIEW
$348.00

Ref: M3003W

MountRoyal™
VIEW
$61.00

Ref: H1199-0006

Zoppini
VIEW
$54.00

TimeOutlet.com Search Results

## CUSTOMER SERVICE

**ACCOUNT INFORMATION**
- Resubmit Payment
- Update your Information
- Track Your Order
- View Your Account

**CUSTOMER SERVICE**
- Contact Us
- Shipping and Delivery
- Returns Information
- FAQ's

**YOUR SATISFACTION**
- Best Price Guarantee
- Price Match Offer
- Testimonials
- Personal Service

**ABOUT US**
- TimeOutlet.com
- Our Experience
- Affiliate Logon
- Supplier Logon

FAQ's | About TimeOutlet.com| Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **17** Live! | Save! Add to Favorites | © 2006 TimeOutlet.com



Invicta 2561 Lady Lupah Only $1,231 at TimeOutlet.com Invicta Lady Lupah Yellow Diamonds Model 2561



# TIME OUTLET
**Brand New Authentic Watches**

(305) 357-6484

| HOME | TRACK | QUESTIONS | CLEARANCE! | CHECKOUT | CONTACT |

CUSTOMER REVIEWS

**Quick Search:**
Enter MODEL# or Keyword:
Search _____ »
☑ Advanced Search
☑ View Your Account

Good Afternoon, Tuesday, March 21, 2006 |   Your Cart: Qty: 0 Total($): 0.00 | ☆ View Cart | Pay Now |   Jump: Select page...

**BROWSE CATEGORIES**   VIEW »  ☆

☆ You are at: All Brands > Invicta Watches > Invicta Lupah Collection > Lady Lupah Diamond

‹› Special Offers!
‹› New Invicta Collections!
‹› All Brands
‹› Invicta Watches
‹› Tissot Watches
‹› Luminox Watches
‹› TW STEEL *NEW*
‹› TAG Heuer Formula 1
‹› Vanceur Watches
‹› TechnoMarine Watches
‹› Police Watches
‹› Nautica Watches
‹› Alain Veres Watches
‹› Wenger Watches/Knives
‹› MountRoyal Watches
‹› Zoppini Jewelry
‹› Invicta Lupah Collection
‹› Invicta Pro-Diver Collection
‹› Invicta Speedway Collection
‹› Invicta Elite Watches
‹› Invicta Jewelry Bracelets
‹› Invicta Sunglasses
‹› Bands and Straps
‹› Clearance! (Reduced Prices)
‹› Other Brands: Coming Soon!
‹› Read Customer Reviews!

**Invicta Lady Lupah Yellow Diamonds Model 2561**

**Product Details**



☺ Sorry. Sold Out.
☑ Let me know when available again
© Price Match Offer & 2% Off!
☺ Print This Page
✎ Request More Information
☒ Email a Friend this page
✍ Write a review



**INVICTA MANUAL**

Move mouse over small images to see larger photo.
Click to X-Large - Point to manual for instructions.

| | | |
|---|---|---|
| | **PRICE: $1,231.00** | |
| MSRP: | $2,370.00 | |
| Save: | $1,139.00 | |
| Model: | Invicta 2561 | |

Model Number: 2561

**INVICTA**
Brand | INVICTA
Collection | Lady Lupah
Movement | **Swiss Quartz**
Color Shown | Yellow Diamonds/MOP/Silver/Yellow
Case | ø 39 mm
Type | Ladies
Water Resist. | 100 Mts.
Band | Copperhead Snake Skin
Warranty | 1 Year with option to 4 more years
Notes | Instruction Manual and International Warranty Card

**Also Available: (Mouse Over 4 Large)**



‹› **Invicta Lady Lupah Diam...**
Price: **$1,349.00**
Color: **Diamond Pave/Si...**
Model: **2335**
Stock: ☺ Sorry. Sold Out.



‹› **Invicta Lady Lupah Diam...**
Price: **$657.00**
Color: **White Sunray/Go...**
Model: **2334**
Stock: ☺ Sorry. Sold Out.



**SEARCH INFORMATION:**
- About TimeOutlet.com
- Specials This Month!
- Invicta Instructions
- Special Offers & Coupons
- Price Match Offer!
- Your Order Status
- Shipping Information
- International Orders
- About Invicta Watch Co.
- Terms and Conditions
- Privacy Policy
- Secure Site by Comodo.Net
- Watch Instructions
- Navigation Problems?
- X-Large Pictures
- Images by Request
- Search Documents

**Quick Search Information:**

**SUBSCRIBE OFFERS**

Your e-Mail Address

**MONTHLY SPECIAL**

Click here to unsubscribe








□ view larger image   |   □ back to top











Invicta Lady Lupah Yellow Diamonds Model 2561

**Related Categories:**
□ Lady Lupah Diamond

□ Invicta Lady Lupah MOP ...
Color: **White MOP/Silve...**
Price: **$657.00**
Model: **2333**
Stock: ⊘ Sorry, Sold Out.

□ Invicta Lady Lupah Diam...
Price: **$657.00**
Color: **Black Sunray/Si...**
Model: **2332**
Stock: ⊘ Sorry, Sold Out.

□ Invicta Lady Lupah Diam...
Price: **$657.00**
Color: **Champagne Sunra...**
Model: **2331**
Stock: ⊘ Sorry, Sold Out.

□ Invicta Lady Lupah Diam...
Price: **$657.00**
Color: **Copper Sunray/S...**
Model: **2330**
Stock: ⊘ Sorry, Sold Out.

□ Invicta Lady Lupah Diam...
Price: **$657.00**
Color: **White Sunray/Si...**
Model: **2329**
Stock: ⊘ Sorry, Sold Out.

□ Invicta Lady Lupah MOP ...
Price: **$657.00**
Color: **Pink MOP/Silver...**
Model: **2377**
Stock: ⊘ Sorry, Sold Out.

Invicta 2561 ady Lupah Only $1231 at TimeOutlet.com Invicta Lady Lupah Yellow Diamonds Model 2561

VIEW 2.22

CUSTOMER SERVICE

ACCOUNT INFORMATION

- Resubmit Payment
- Update your Information
- Track Your Order
- View Your Account

CUSTOMER SERVICE

- Contact Us
- Shipping and Delivery
- Request RMA Number
- FAQ's

YOUR SATISFACTION

- Best Price Guarantee
- Price Match Offer
- Testimonials
- Personal Service

ABOUT US

- TimeOutlet.com
- Our Experience
- Affiliate Logon
- Supplier Logon

FAQ's | About TimeOutlet.com | Shipping Information | Terms and Conditions | Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **17** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

# TIME OUTLET
**Brand New Authentic Watches**

(305) 357-6484



**HOME**   **TRACK**   **QUESTIONS**   **CLEARANCE!**   **CHECKOUT**   **CONTACT**

**Quick Search:**
Enter MODEL# or Keyword:
[ Search ]
☑ Advanced Search
☑ View Your Account

Good Afternoon, Tuesday, March 21, 2006

Your Cart: Qty: 0  Total($): 0.00 | ⚲ View Cart | Pay Now | Select Brand...

TimeOutlet CUSTOMER REVIEWS

**BROWSE COLLECTION**   view >> ::

Celestial & Angel Collection

Showing >>

You are at : All Brands > Invicta Watches > Celestial & Angel Collection

## Invicta Celestial and Angel Watches Collection
Please select a collection to view models:

**Main Category:**
Invicta Watches

Collections in this category:

:: **New Invicta Collections!**
:: **Invicta Lupah Collection**
:: **Invicta Pro-Diver Collection**
:: **Invicta Speedway Collection**
:: **Invicta Elite Watches**
:: **Specialty Watches**
:: **Invicta Diamond Watches**
:: **Celestial & Angel Collection**
:: **Invicta Resort Collection**
:: **Formal Invicta Watches**
:: **Invicta Casual Watches**
:: **Invicta Pocket Watches**
:: **Invicta Jewelry Bracelets**
:: **Invicta Sunglasses**
:: **Other Invicta Collections**
:: **Bands and Straps**

**BROWSE CATEGORIES**   view > ::
**SEARCH INFORMATION**   view > ::
**SUBSCRIBE OFFERS**   view > ::



**Celestial Big Date**
5 Model(s)



**Celestial Python**
9 Model(s)



**Celestial Swiss Charmed**
10 Model(s)



**Celestial Diamond Charmed**
5 Model(s)





**Angel Ostrich**
5 Model(s)



**Angel Tonneau**
4 Model(s)



**Angel Rectangle**
5 Model(s)



**Angel Square**
4 Model(s)





MONTHLY SPECIAL                          VIEW > ::

PayPal

VISA
MasterCard
AMEX
DISC_VER

100% SATISFACTION GUARANTEED

**CUSTOMER SERVICE**

▤ **ACCOUNT INFORMATION**

- **Resubmit Payment**
- **Update your Information**
- **Track Your Order**
- **View Your Account**

▤ **CUSTOMER SERVICE**

- **Contact Us**
- **Shipping and Delivery**
- **Returns Information**
- **FAQ's**

▤ **YOUR SATISFACTION**

- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

▤ **ABOUT US**

- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com| Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **51** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

Baby Angel
5 Model(s)

Angel Square Classic
6 Model(s)

Angel Tonneau Classic
7 Model(s)

Lady Arch
4 Model(s)

VIEW > ::

# EXHIBIT
# 3

Invicta Watches at TimeOutlet.com - Invicta Watches



**(305) 357-6484**

**Brand New Authentic Watches**



## HOME    TRACK    QUESTIONS    CLEARANCE!    CHECKOUT    CONTAC

Good Afternoon, Friday, March 17, 2006          Your Cart: Qty: **0** Total($): **0.00** | ⛟ View Cart | Pay N

**BROWSE COLLECTION**   VIEW ⇒ ⦂

You are at : All Brands > Invicta Watches

Showing »
**Invicta Watches**

Main Category:
**All Brands**

Collections in this category:

- Invicta Watches
- Tissot Watches
- Luminox Watches
- TW STEEL **NEW**
- Vanceur Watches
- TAG Heuer
- TechnoMarine Watches
- Police Watches
- Nautica Watches
- Alain Veres Watches
- Wenger Watches/Knives
- Zoppini Jewelry
- MountRoyal Watches
- Clearance! (Reduced Prices)
- Other Brands: Coming Soon!

**BROWSE CATEGORIES**   VIEW ⇒ ⦂

**SEARCH INFORMATION**   VIEW ⇒ ⦂

**SUBSCRIBE OFFERS**   VIEW ⇒ ⦂

**MONTHLY SPECIAL**   VIEW ⇒ ⦂

# INVICTA ⇐

Please select a category to view the collections inside:



**New Invicta Collections!**
(View Collection)



**Invicta Lupah Collection**
(View Collection)



**Invicta Pro-Diver Collection**
(View Collection)



**Invicta Elite Watches**
(View Collection)



**Specialty Watches**
(View Collection)



**Invicta Diamond Watches**
(View Collection)





**Invicta Resort Collection**



**Formal Invicta Watches**



**Invicta Casual Watches**



(View Collection)



**Invicta Jewelry Bracelets**
12 Model(s)

(View Collection)



**Invicta Sunglasses**
2 Model(s)

(View Collection)



**Other Invicta Collections**
(View Collection)

## CUSTOMER SERVICE

### ACCOUNT INFORMATION
- Resubmit Payment
- Update your Information
- Track Your Order
- View Your Account

### CUSTOMER SERVICE
- Contact Us
- Shipping and Delivery
- Returns Information
- FAQ's

### YOUR SATISFACTION
- Best Price Guarantee
- Price Match Offer
- Testimonials
- Personal Service

- T
- O
- A
- S

FAQ's | About TimeOutlet.com | Shipping Information | Terms and Conditions | Privacy Policy | Contact US |

Your IP: 63.138.19.170 | **19** Live! | Save! Add to Favorites TimeOutlet.com

# TIME OUTLET
**Brand New Authentic Watches**

(305) 357-6484

**Quick Search:**
Enter MODEL# or Keyword:
[Search]  >>
☐ Advanced Search
☐ View Your Account




TimeOutlet CUSTOMER REVIEWS

**HOME     TRACK     QUESTIONS     CLEARANCE!     CHECKOUT     CONTACT**

Good Afternoon, Tuesday, March 21, 2006 |

**BROWSE CATEGORIES** VIEW > ⁞⁞

⁞ **New Invicta Collections!**
⁞ All Brands
⁞ Invicta Watches
⁞ Tissot Watches
⁞ Luminox Watches
⁞ TW STEEL NEW
⁞ TAG Heuer Formula 1
⁞ Vanceur Watches
⁞ **TechnoMarine Watches**
⁞ Police Watches
⁞ Nautica Watches
⁞ Alain Veres Watches
⁞ Wenger Watches/Knives
⁞ MountRoyal Watches
⁞ **Zoppini Jewelry**
⁞ Invicta Lupah Collection
⁞ Invicta Pro-Diver Collection
⁞ Invicta Speedway Collection
⁞ Invicta Elite Watches
⁞ Invicta Jewelry Bracelets
⁞ Invicta Sunglasses
⁞ Bands and Straps
⁞ Clearance! (Reduced Prices)
⁞ Other Brands: Coming Soon!
⁞ Special Offers!
⁞ Read Customer Reviews!

You are at : All Documents > Terms and Conditions

Your Cart: Qty: 0 Total($): 0.00 | ☒ View Cart | Pay Now |

View All | Search | Print This Page

Jump: Select page...

# Terms and Conditions

## Terms and Conditions

Your information is never shared with any 3rd party for any reason other than order fulfillment. We do not share, sell, rent or otherwise disclose your personal data or order history to any person or organization for any reason at any time.

### 1. Payments and Shipping

**Paying by Credit Card.**

You may pay by Visa, MasterCard, American Express, Discover or Electronic Check. We do not add any credit card surcharges. We use the best available security encryption protocols to protect your credit card and personal information.

**Shipping.**

We ship to locations within the United States by United Parcel Service (UPS). We can not be responsible for lost or damaged packages. UPS charges include prepaid insurance up to the limits specified by UPS. If your package is sent by UPS and is lost or damaged, you may contact UPS. We ship International orders with the United States Postal Service (USPS).

UPS Tracking Link:
http://www.ups.com/WebTracking/track?loc=en_US

Orders usually ship within 48 - 72 hours. You will receive several emails with updates on your order status. You will receive a notification email from us with your tracking number

TimeOutlet.com Documents

## SEARCH INFORMATION [VIEW » ]

* About TimeOutlet.com
* Specials This Month!
* Invicta Instructions
* Special Offers & Coupons
* Price Match Offer!
* Your Order Status
* Shipping Information
* International Orders
* About Invicta Watch Co.
* Terms and Conditions
* Privacy Policy
* Secure Site by Comodo.Net
* Watch Instructions
* Navigation Problems?
* X-Large Pictures
* Images by Request
* Search Documents

## Quick Search Information:





## SUBSCRIBE OFFERS [VIEW » ]

Your e-Mail Address

## MONTHLY SPECIAL [VIEW » ]

Click here to unsubscribe

and shipment date, you can as well login into your account to view your invoice and order status.

## 2. Refunds and Returns

### Return Policy.

All returns must comply with the return procedure set forth below, and all returned items must be in new condition, including the original box, packaging, manuals and accessories. No exchanges are allowed after 15 days from the date of receipt. An open box fee equal to 15% of the purchase price will be charged on any opened item, unless the item is defective and exchanged for the same item. The 15% open box fee will be assessed at the time of refund or exchange. Refunds may take up to 30 days to be processed. All refunds will be processed in full minus any applicable shipping costs.

**RETURNS ARE ONLY ACCEPTED FOR DEFECTIVE MERCHANDISE AND THEN ONLY FOR EVEN EXCHANGE FOR THE EXACT SAME ITEM. WE WILL NOT EXCHANGE ANY ITEM FOR A DIFFERENT SIZE/COLOR.**

**While TimeOutlet.com strives to maintain an accurate and error free online catalog, we cannot be held accountable for typographical or pictorial errors or errors due to a change in the manufacturer's specifications and/or pictorial representations.**

### Returns Procedure.

To return an item, contact Customer Support at **support@timeoutlet.com** or Fax (305) 357-6484 to obtain a Return Authorization (RMA) number. RMA numbers are valid for 10 days from the date of issuance. We are unable to accept returns without an RMA number. All returns must be shipped prepaid. TimeOutlet.com will refund shipping charges for defective merchandise only.

## 3. Warranty, Liability, Additional Information

TimeOutlet.com orders generate an automatic confirmation e-mail, but the receipt of a confirmation only means that we have received your order, and does not constitute an offer to sell. We may change our pricing, product description or specifications after any confirmation e-mail, but prior to shipment, due to errors, changing market conditions, product discontinuation or unavailability, typographical errors, or any other reason. We reserve the right to limit the quantity of any item sold, or prohibit a sale altogether.

We will notify you of any corrections or changes to your order, and will not complete it until we have your approval. Published prices do not include shipping, sales tax and insurance. We are required by law to collect sales tax on all shipments to Florida (at your state/local tax rate).

Prices, specifications and availability of products are subject to change without notice.

**Warranty.**

We warrant that our products will be free from defects in material and workmanship. WE MAKE NO OTHER WARRANTY, EXPRESS OR IMPLIED, AND ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE WHICH EXCEEDS THE FOREGOING WARRANTY IS HEREBY DISCLAIMED.

**Limitation Of Liability.**

IN NO EVENT SHALL TimeOutlet.com, ITS SUBSIDIARIES OR AFFILIATES, OR THEIR RESPECTIVE PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, REPRESENTATIVES OR AGENTS (COLLECTIVELY, "TimeOutlet.com") BE LIABLE FOR DIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, OR INDIRECT DAMAGES (INCLUDING BUT NOT LIMITED TO, LOSS OF DATA, USE OR PROFITS), HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT TimeOutlet.com HAS BEEN ADVISED OF THE POSSIBILITY OF ANY SUCH DAMAGES. YOU AGREE THAT TimeOutlet's MAXIMUM LIABILITY ARISING FROM ANY PRODUCT SOLD BY TimeOutlet.com SHALL NOT EXCEED THE PRICE OF SUCH PRODUCT. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OF EXCLUSION OF LIABILITY FOR CERTAIN DAMAGES, SO THE ABOVE MAY NOT APPLY TO YOU TO THE EXTENT SUCH JURISDICTION'S LAW IS APPLICABLE TO THIS AGREEMENT.

**Limitation of Liability for Use of the TimeOutlet.com Site.**

TimeOutlet.com IS NOT RESPONSIBLE OR LIABLE FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR OTHER INDIRECT DAMAGES THAT RESULT FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE OR ITS CONTENT, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN NO EVENT SHALL TimeOutlet's TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION RESULTING FROM YOUR USE OF THIS SITE, WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE, EXCEED US $1.00.

**Governing Law.**

This site is operated from within the United States. We make no representation that content on this site is legal or appropriate for use from outside the United States. This agreement is governed by and construed in accordance with the laws of the State of Florida, as it is applied to agreements entered into and performed therein. Any action brought to enforce this agreement or matters related to this site will be brought in either the state or federal courts of the State of Florida; provided, however, that we have the right to institute judicial proceedings against anyone in any other jurisdiction to enforce our rights under this agreement through specific performance, injunction, reformation of contract or similar equitable relief. If any provision of this agreement is unenforceable for any reason, that provision will be severed from this agreement and the remaining provisions of this agreement will remain in full force and effect. This agreement constitutes the entire agreement between you and TimeOutlet.com concerning your use of this site.

**Internet Fraud.** In the interest of preventing Internet fraud, TimeOutlet.com reserves the right refuse to ship any order that is submitted with an untraceable or free email address, or an invalid telephone number.

**Comments and Questions.** We appreciate your comments about our site. However, any comments, ideas, suggestions or other communications sent to the site become the sole property of TimeOutlet.com, and we may use all such communications in any manner, including reproducing, disclosing and publishing them, without compensation to you. If you have any questions or complaints, please contact us at **support@timeoutlet.com.**

« **Back to previous page**

VIEW >

Last Update: 8/2/2005 1:40:34 AM

## CUSTOMER SERVICE

**ACCOUNT INFORMATION**

- **Resubmit Payment**
- **Update your Information**
- **Track Your Order**
- **View Your Account**

**CUSTOMER SERVICE**

- **Contact Us**
- **Shipping and Delivery**
- **Request RMA Number**
- **FAQ's**

**YOUR SATISFACTION**

- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

**ABOUT US**

- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com| Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **18** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

# EXHIBIT
# 4

# TIME OUTLET
**Brand New Authentic Watches**
(305) 357-6484

## Quick Search:
Enter MODEL# or Keyword:
Search
☐ Advanced Search
☐ View Your Account



TimeOutlet
AUTHORIZED CUSTOMER
**REVIEWS**

**HOME    TRACK    QUESTIONS    CLEARANCE!    CHECKOUT    CONTACT**

Good Afternoon, Tuesday, March 21, 2006

Your Cart: Qty: 0 Total($): 0.00  |  ☒ View Cart | Pay Now |  Select Brand...

**You are at : All Brands > Invicta Watches**

BROWSE COLLECTION      VIEW » ☱

Showing >>
Invicta Watches

Main Category:
**All Brands**

Collections in this category:

☰ **Invicta Watches**
☰ **Tissot Watches**
☰ **Luminox Watches**
☰ **TW STEEL** NEW
☰ **Vanceur Watches**
☰ **TAG Heuer**
☰ **TechnoMarine Watches**
☰ **Police Watches**
☰ **Nautica Watches**
☰ **Alain Veres Watches**
☰ **Wenger Watches/Knives**
☰ **Zoppini Jewelry**
☰ **MountRoyal Watches**
☰ **Clearance! (Reduced Prices)**
☰ **Other Brands: Coming Soon!**

**BROWSE CATEGORIES**     VIEW » ☱
**SEARCH INFORMATION**     VIEW » ☱
**SUBSCRIBE OFFERS**     VIEW » ☱

# INVICTA



INVICTA
AUTHORIZED DEALER

Please select a category to view the collections inside:


New Invicta
Collections!
(View Collection)



Invicta Lupah
Collection
(View Collection)

Invicta Pro-Diver
Collection
(View Collection)



Invicta Speedway
Collection
(View Collection)






**MONTHLY SPECIAL**

VIEW > ::

100% SATISFACTION GUARANTEED

PayPal

MasterCard

AMEX

DISCOVER

VISA

**CUSTOMER SERVICE**

[iii] ACCOUNT INFORMATION

[iii] CUSTOMER SERVICE

[iii] YOUR SATISFACTION

[iii] ABOUT US

**Invicta Elite Watches**
(View Collection)

**Specialty Watches**
(View Collection)

**Invicta Diamond Watches**
(View Collection)

**Celestial & Angel Collection**
(View Collection)

**Invicta Resort Collection**
(View Collection)

**Formal Invicta Watches**
(View Collection)

**Invicta Casual Watches**
(View Collection)

**Invicta Pocket Watches**
6 Model(s)

**Invicta Jewelry Bracelets**
12 Model(s)

**Invicta Sunglasses**
2 Model(s)

**Other Invicta Collections**
(View Collection)

**Bands and Straps**
(View Collection)

VIEW > ::

Invicta Watches at TimeOutlet.com Invicta Watches

- **Resubmit Payment**
- **Update your Information**
- **Track Your Order**
- **View Your Account**

- **Contact Us**
- **Shipping and Delivery**
- **Returns Information**
- **FAQ's**

- **Best Price Guarantee**
- **Price Match Offer**
- **Testimonials**
- **Personal Service**

- **TimeOutlet.com**
- **Our Experience**
- **Affiliate Logon**
- **Supplier Logon**

FAQ's | About TimeOutlet.com | Shipping Information| Terms and Conditions| Privacy Policy | Contact Us | Customer Reviews

Your IP: 68.16.114.119 | **47** Live! | Save: Add to Favorites | © 2006 TimeOutlet.com

Page 3 of 3

# EXHIBIT
# 5

PERLMAN, YEVOLI & ALLRIGHT, P.L.
ATTORNEYS AT LAW

May 17, 2005

Daniel Cadosh-Delmar, President
VIPLevel, Inc
6770 Indian Creek Drive
Unit #15L
Miami Beach, FL 33141

Dear Mr. Cadosh-Delmar:

We represent Invicta Watch Company of America, Inc. (hereinafter "Invicta") in intellectual property and unfair competition matters. We understand that VIPLevel, Inc. owns and operates viplevel.com and galeriasolar.com World Wide Web sites. It has recently come to our attention that you are advertising and selling through the viplevel.com and galeriasolar.com Web sites watches under Invicta trademarks and using copyrighted materials owned by our client.

The viplevel.com and galeriasolar.com Web sites blatantly and intentionally infringe upon the copyrights and trademarks owned by our client, in violation of the Copyright Act of 1976, 17 U.S.C. § 101, et seq. and the U.S. Trademark Act of 1946 (the Lanham Act), 15 U.S.C. § 1051, et seq. Moreover, the viplevel.com and galeriasolar.com Web sites falsely associate themselves, their products and their services with Invicta and its affiliated companies and constitute false advertising under § 43 (a) of the Lanham Act, 15 U.S.C. § 1125 (a).

Our client considers these violations of its rights to be a very grave matter. Federal law, specifically Sections 32, 34, 35, 36 and 43 of the Lanham Act (15 U.S.C. §§ 1114-18, 1125), provides remedies for service mark, trademark, and trade name infringement, dilution and unfair competition. Under Federal law, a plaintiff may not only enjoin the unlawful infringement of its mark, but may also obtain damages, including, but not limited to, the defendant's profits, any damages sustained by the plaintiff, and the cost of the action. Moreover, a court may order that all infringing goods and advertisements be destroyed and award a successful plaintiff treble damages (three times the amount of the actual damages), and in some cases, reasonable attorney fees.

We, therefore, demand that you (1) immediately cease advertising, selling, importing and distributing any Invicta watches or any other watches manufactured and/or sold by our client, (2) immediately cease any further use of any of the trademarks and/or confusingly similar variations thereof, and other indicia of origin associated with Invicta watches or any other watches manufactured and/or sold by our client, (3) delete all infringing copyrighted materials from your Web sites, and (4) provide us with a full accounting of the number of watches sold and orders received to date, and a list of your remaining inventory. If you fail to comply fully with the foregoing demands, our client

P | Y | & | A
1500 NORTH FEDERAL HIGHWAY, SUITE 250 | FORT LAUDERDALE, FLORIDA 33304 | T 954.566.7117 | F 954.566.7115

will take all actions that are necessary to protect its rights.  Please advise us on or before the close of business on May 27, 2005, as to whether your company will voluntarily comply with the demands set forth herein.

This letter is without prejudice to any of our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

Jason E. Perlman, Esq.



**U.S. Postal Service**™
**CERTIFIED MAIL   RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | 4.42 |

Sent To: Daniel Cadosh-Delmar, President
VipLevel, Inc
Street, Apt. No. or PO Box No. 6770 Indian Creek Drive
#15L
City, State, ZIP Miami Beach, Fl 33141

PS Form 380

7003 3110 0000 8538 1149

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Daniel Cadosh-Gelmar, President

VipLevel, Inc

6770 Indian Creek Drive, #15E

Miami Beach, FL 33141

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Daniel Cadosh    5/19/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7003 3110 0002 8538 1149

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

INVICTA WATCH COMPANY OF AMERICA, INC.

CIV - GOLD

**DEFENDANTS**

VIPLEVEL, INC. AND DANIEL CADOSH-DELMAR

**(b)** County of Residence of First Listed Plaintiff   BROWARD, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

MAGI...

County of Residence of First Listed Defendant   MIAMI-DADE, FL
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

PERLMAN YEVOLI & ALBRIGHT P.L. C/O PAUL TURNER, ESQ.
1500 N. FEDERAL HIGHWAY, STE 250
FT. LAUDERDALE, FL 33304 TEL: (954) 566-7117

Attorneys (If Known)

**06 - 20967**

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

*1:06 CV 20967-Gold- TURCH 04*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
✓ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ✓ 4 | ✓ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page)

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity)

15 USC SS 1114(1), 1125(A), AND 1125(C). TRADEMARK INFRINGEMENT

LENGTH OF TRIAL via _3_ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE   4/12/06

FOR OFFICE USE ONLY

AMOUNT  350 00    RECEIPT #  531864