Jun 14 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  06-20967-CIV-GOLD

INVICTA WATCH COMPANY
OF AMERICA, INC.,

      Plaintiff,

vs.

VIPLEVEL, INC. AND
DANIEL CADOSH-DELMAR,

      Defendants.

_____/

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Invicta Watch Company of America, Inc. and Defendants VIPLevel, Inc. and

Daniel Cadosch-Delmar, by and through their undersigned counsel, and pursuant to Rule 41(a),

Fed.R.Civ.P., hereby stipulate to the dismissal of this action with prejudice, with each party

bearing their own attorney's fees and costs.

Dated: June 14, 2006

Respectfully submitted,

**TEW CARDENAS, L.L.P.**
Counsel for Defendants
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida  33131
Telephone:    (305) 536-1112

By: _____
Lawrence A. Kellogg, P.A.
Florida Bar No. 328601
Stuart I. Grossman, Esquire
Florida Bar No. 176699

**PERLMAN, YEVOLI & ALBRIGHT, P.L.**
Counsel for Plaintiff
1500 North Federal Highway
Suite 250
Ft. Lauderdale, FL 33304
Telephone: (954)

By: _____
Paul D. Turner, Esq.

13/gp

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20967-CIV-GOLD

INVICTA WATCH COMPANY
OF AMERICA, INC.,

      Plaintiff,

vs.

VIPLEVEL, INC. AND
DANIEL CADOSH-DELMAR,

      Defendants.

_____/

## ORDER ON JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come before the Court on the parties' Joint Stipulation for Voluntary Dismissal with Prejudice, and the Court being fully apprised in the premises, **IT IS HEREBY**

**ORDERED AND ADJUDGED** that the parties' motion is **GRANTED.** The case is hereby dismissed with prejudice, with each party to bear their own costs and fees.

DONE AND ORDERED at Miami, Florida this ____ day of _____, 2006.


_____
UNITED STATES DISTRICT COURT JUDGE

Copies Provided to:
Counsel of Record

2